IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MARY SHERMAN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION NO. |
| vs. | : | 1:12-CV-3089-CC |
| | : | |
| BANK OF AMERICA CORPORATION, | : | |
| | : | |
| | : | |
| Defendant. | : | |

## ORDER

This matter is before the Court on the Final Report and Recommendation [Doc. No. 19] (the "R&R") issued by Magistrate Judge Russell G. Vineyard on July 16, 2014. In the R&R, Magistrate Judge Vineyard recommends that Plaintiff's Request for Injunctive Relief and Temporary Restraining Order [Doc. No. 17] be denied and that Defendant Bank of America Corporation's Motion to Dismiss Plaintiff's Amended Complaint [Doc. No. 18] be granted. On July 28, 2014, Plaintiff filed objections to the R&R and also requested leave to add Residential Credit Solutions Inc. as a defendant. (Doc. Nos. 21, 22.) On July 29, 2014, Defendant responded to Plaintiff's objections. (Doc. No. 23.)

After reviewing a magistrate judge's findings and recommendations, a district judge may accept, reject, or modify the findings or recommendations. 28 U.S.C. § 636(b)(1). A party challenging a report and recommendation must "file . . . written objections which shall specifically identify the portions of the proposed findings and recommendation to which objection is made and the specific basis for objection." Macort v. Prem, Inc., 208 F. App'x 781, 783 (11th Cir. 2006) (citation and internal quotation marks omitted); see also Fed. R. Civ. P. 72(b)(2). A district judge "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." Jeffrey S. v. State Bd. of

Educ. of Ga., 896 F.2d 507, 512 (11th Cir. 1990) (citation omitted).  The district judge must "give fresh consideration to those issues to which specific objection has been made by a party."  Id.  "Frivolous, conclusive, or general objections need not be considered by the district court."  Marsden v. Moore, 847 F.2d 1536, 1548 (11th Cir. 1988) (citation omitted).  Those portions of a report and recommendation to which an objection has not been made are reviewed for plain error.  United States v. Slay, 714 F.2d 1093, 1095 (11th Cir. 1983).

The Court has carefully reviewed the R&R and Plaintiff's objections thereto. Plaintiff's objections are general in nature and lack the specificity necessary to trigger de novo review.  Therefore, having reviewed the R&R for plain error, the Court finds that Magistrate Judge Vineyard's R&R is correct both in fact and in law. The Court **OVERRULES** Plaintiff's general objections and **ADOPTS** the R&R in its entirety as the decision of this Court.  The Court **DENIES** Plaintiff's Request for Injunctive Relief and Temporary Restraining Order [Doc. No. 17] and **GRANTS** Defendant Bank of America Corporation's Motion to Dismiss Plaintiff's Amended Complaint [Doc. No. 18].

Plaintiff's motion to add Residential Credit Solutions Inc. as a defendant [Doc. No. 22] is **DENIED**.

>SO ORDERED this 13th day of August, 2014.
>
>*s/  CLARENCE COOPER*
>
>CLARENCE COOPER
>SENIOR UNITED STATES DISTRICT JUDGE